IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**LUIS R. COLLAZO, et als.,**
**Plaintiffs,**
v.                                                          **CIVIL NO. 04-1136(DRD)**
**BRISTOL-MYERS SQUIBB**
**MANUFACTURING, INC., et als.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 08/26/05**<br>**Docket #34**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion for Leave to File Motion for Summary Judgment in Excess of Twenty-Five Pages | **DENIED.** The undersigned's Order Setting Initial Scheduling and Case Management Conference (Docket No. 9) provides any motion filed in excess of twenty five (25) pages in length shall be summarily denied albeit without prejudice to be resubmitted after proper pruning. Therefore, defendant may resubmit their motion for summary judgment properly prunned **within twenty (20) days** of the issuance of this order. |
| **Date Filed: 08/30/05**<br>**Docket #35**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion to Compel Production of Documents Under Rule 37 Fed.R.Civ.P. | **DENIED WITHOUT PREJUDICE.** The parties have grossly failed to comply with Local Rule 26 procedure for discovery disputes as explained by the Court at the Initial Scheduling and Case Management Conference. See Docket Entry No. 29. |
| **Date Filed: 08/31/05**<br>**Docket #36**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Defendant's Motion for Summary Judgment | **DENIED WITHOUT PREJUDICE.** See ruling at Docket Entry No. 34. |

| | |
|---|---|
| **Date Filed: 08/31/05**<br>**Docket #38**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Leave to File Documents in Spanish and Extension of Time to File Certified Translations | **MOOT.** See ruling at Docket Entry No. 36. |
| **Date Filed: 09/13/05**<br>**Docket #39**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Brief Extension of Time to File Opposition to Plaintiffs' Motion to Compel | **MOOT.** See ruling at Docket Entry No. 35. |
| **Date Filed: 09/14/05**<br>**Docket #40**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion to Compel Pending Discovery Pursuant to Rule 56(f) Fed.R.Civ.P., in Order for Plaintiffs to be Able to Properly Oppose Defendant's Motion for Summary Judgment and Request for a Court Hearing on this Matter | **DENIED/MOOT.** The parties have grossly failed to comply with Local Rule 26 procedure for discovery disputes as explained by the Court at the Initial Scheduling and Case Management Conference. Further, plaintiffs are advised that in order to prevail in a Rule 56(f) motion, the moving party shall meet the threshold established in Paterson-Leitch Co. v. Mass. Municipal Wholesale Elec. Co., 840 F.2d 985 (1st Cir. 1988); Vargas Ruiz v. Golden Arch Development, Inc., 368 F3d. 1, 3-4 (1st Cir. 2004); Velez v. Awning Windows, Inc., 375 F.3d 35, 40 (1st Cir. 2004). |
| **Date Filed: 09/20/05**<br>**Docket #41**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Leave to File Consolidated Opposition to Plaintiffs' Motion to Compel | **DENIED/MOOT.** See ruling at Docket Entry Nos. 35 and 40. Further, defendants are forewarned that motions and its respective oppositions shall not exceed ten (10) pages in length and **no leave** shall be granted to file in excess of said maximum number of pages. Full compliance with Local Rule 7.1(e) is expected. |

| | |
|---|---|
| **Date Filed: 09/26/05**<br>**Docket #42**<br>[ ] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Submitting Certified Translations | **MOOT.** See ruling at Docket No. 36. Should defendant resubmit its motion for summary judgment, certified translations shall be included therein. |
| **Date Filed: 10/03/05**<br>**Docket #44**<br>[ ] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Leave to File Spanish Language Documents and Extension of Time to File Certified Translations | **MOOT.** See ruling at Docket Entry Nos. 35 and 40. |
| **Date Filed: 10/11/05**<br>**Docket #45**<br>[ ] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion to Deem Defendant's Motion for Summary Judgment as Unopposed | **DENIED/MOOT.** See ruling at Docket Entry Nos. 34, 35, 36, and 40. |
| **Date Filed: 10/19/05**<br>**Docket #47**<br>[ ] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Submitting Certified Translations of Exhibits in Support of Defendant's Opposition to Motion to Compel | **DENIED/MOOT.** See ruling at Docket Entry No. 44. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 11th day of December 2005.

            **S/DANIEL R. DOMINGUEZ**
            **DANIEL R. DOMINGUEZ**
            **U.S. DISTRICT JUDGE**